Johnson BARTHELEMY, aka Johnson Barthelemy, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 99–71334.
INS No. A42–148–405.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 16, 2001.

Decided April 26, 2001.

Before MAGILL,* FERNANDEZ, and KLEINFELD, Circuit Judges.

MEMORANDUM **

The decision of the Board of Immigration Appeals is VACATED, and the case is REMANDED so that the Board can determine whether the Child Citizenship Act of 2000, Pub. L. No. 106–395, 114 Stat. 1631 (2000) may apply and require a different outcome.

---

* The Honorable Frank J. Magill, Senior Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.